**ICE MILLER LLP**
Louis T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
George A. Gasper, Esq. (admitted *pro hac vice*)
Jessa DeGroote, Esq.
1500 Broadway, Suite 2900
New York, NY 10036
Phone: 212-835-6312
louis.delucia@icemiller.com
alyson.fiedler@icemiller.com

*Counsel to AIRN Liquidation Trust Co., LLC*
*in its capacity as Liquidation Trustee of the*
*AIRN Liquidation Trust*

Order Filed on November 20, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>NATIONAL REALTY INVESTMENT ADVISORS, LLC, et al.,<br><br>Debtor. | Chapter 11<br><br>Case No. 22-14539 (JKS)<br><br>(Jointly Administered) |
| In re:<br><br>AIRN LIQUIDATION TRUST CO., LLC, in its capacity as Liquidation Trustee of the AIRN LIQUIDATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>VAN DUYNE, BRUNO & CO., P.A., and JACK GUTIERREZ,<br><br>Defendants. | Adv. Pro. No. 25-01114 (JKS) |

## CONSENT ORDER AND STIPULATION EXTENDING CASE MANAGEMENT AND DISCOVERY DEADLINES

The relief set forth on the following pages, numbered three (3) through and including four (4), is hereby **ORDERED**.

DATED: November 20, 2025

_____
Honorable John K. Sherwood
United States Bankruptcy Court

AIRN Liquidation Trust Co., LLC, in its capacity as Liquidation Trustee of the AIRN Liquidation Trust ("Plaintiff"), together with Van Duyne, Bruno & Co., P.A., and Jack Gutierrez (collectively, "Defendants"), by and through their respective undersigned counsel, hereby enter into this consent order and stipulation ("Consent Order and Stipulation"). The Plaintiff and Defendants may be referred to herein each as a "Party" and collectively as the "Parties."

## BACKGROUND

**WHEREAS**, on July 31, 2025, this Court entered the Joint Order Scheduling Pretrial Proceedings and Trial.

**WHEREAS**, on August 27, 2025, this Court entered the first Consent Order and Stipulation Extending Case Management and Discovery Deadlines, extending the deadline to complete mediation to November 15, 2025, and allowing the Parties to exchange written discovery prior to mediation.

**WHEREAS**, the Parties planned to mediate on November 4, 2025,

**WHEREAS**, the mediator requested that the Parties reschedule to February 2026 due to a medical emergency.

**WHEREAS**, pursuant to D.N.J. LBR 9019-2(e) and given the Parties' and the mediators' scheduling conflicts, the Parties seek an extension to commence mediation more than 60 days after the entry of the mediation order.

**WHEREAS**, pursuant to D.N.J. LBR 9019-2(g), the Parties seek to exchange and answer written discovery prior to mediation to move the case forward.

**WHEREAS**, the Parties have agreed to mediate with Judge Peter E. Doyne, The Landmark Building, 27 Warren Street, Suite 201, Hackensack, New Jersey 07601, on February 3, 2026.

**NOW, THEREFORE**, it is hereby stipulated and agreed by and between the Parties as follows:

1. The Parties agree to exchange and answer written discovery before mediation occurs.

2. The Parties agree to extend the deadline to complete mediation to February 6, 2026.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Consent Order and Stipulation.

4. This Consent Order and Stipulation may be executed in multiple counterparts, including by approval to provide an electronic signature, any of which may be transmitted by facsimile or email, and each of which shall be deemed an original, but all of which together shall constitute one and the same instrument.

Dated: November 17, 2025

**ICE MILLER LLP**

*/s/ Jessa DeGroote*
Louis. T. DeLucia, Esq.
Alyson M. Fiedler, Esq.
George A. Gasper, Esq. (admitted pro hac vice)
Jessa DeGroote, Esq.
1500 Broadway
Suite 2900
New York, NY 10036
Phone: 212-835-6312
louis.delucia@icemiller.com
alyson.fiedler@icemiller.com
george.gasper@icemiller.com
jessa.degroote@icemiller.com

*Counsel to AIRN Liquidation Trust Co., LLC*
*in its capacity as Liquidation Trustee of the*
*AIRN Liquidation Trust*

4

**WILSON ELSER MOSKOWITZ**
**EDELMAN & DICKER LLP**

/s/  Thomas F. Quinn
Thomas F. Quinn, Esq.
7 Giralda Farms
Madison, NJ 07940
973.735.6036 (Direct)
973.886.9880 (Cell)
973.624.0800 (Main)
973.624.0808 (Fax)
thomas.quinn@wilsonelser.com

*Counsel to Defendants Van Duyne, Bruno & Co. P.A., and Jack Gutierrez*

5